**REYNOLDS PRESTO PRODUCTS INC., Appellant**

v.

**INTERNATIONAL TRADE COMMISSION, Appellee**

Inteplast Group, Ltd., Minigrip, LLC, Intervenors

2017-1027

United States Court of Appeals, Federal Circuit.

September 7, 2017

DANIEL SHULMAN, Reynolds Group Holdings Ltd., Lake Forest, IL, argued for appellant. Also represented by PATRICK J. MCCARTHY, MARK G. DAVIS, Greenberg Traurig LLP, Washington, DC; SCOTT JOSEPH BORNSTEIN, New York, NY.

CLINT A. GERDINE, Office of General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by WAYNE W. HERRINGTON, DOMINIC L. BIANCHI, SIDNEY A. ROSENZWEIG.

MARK LEE HOGGE, Dentons US LLP, Washington, DC, argued for intervenors. Also represented by NICHOLAS HUNT JACKSON, SHAILENDRA K. MAHESHWARI.

(Dyk, Moore, and Taranto, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**